Susan J. Walsh, Esq.
MOSKOWITZ & BOOK, LLP
1372 Broadway, Suite 1402
New York, New York 10018
(212) 221-7999

Local Counsel for Gabriel Dieblas Roman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | 07 Cr. 470 (DLC) |
| - v - | |
| GABRIEL DIEBLAS ROMAN, | NOTICE OF APPEARANCE |
| Defendant. | |

    PLEASE TAKE NOTICE that Moskowitz & Book, LLP hereby enters its appearance as local counsel for defendant Gabriel Dieblas Roman and hereby requests that all papers in this action be served upon the undersigned at 1372 Broadway, Suite 1402, New York, New York 10018, (212) 221-7999.

Dated: New York, New York
      June 15, 2007

                              MOSKOWITZ & BOOK, LLP

                              By: _____
                                Susan J. Walsh, Esq.
                                Local Counsel for Defendant
                                Gabriel Dieblas Roman

                                1372 Broadway, Suite 1402
                                New York, NY 10018
                                (212) 221-7999

TO:  AUSA Sarah Y. Lai
      United States Attorney's Office
      One St. Andrew's Plaza
      New York, NY 10007
      (212) 637-2527

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

        - v -

GABRIEL DIEBLAS ROMAN,

                Defendant.

07 Cr. 470 (DLC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                           ) ss.:
COUNTY OF NEW YORK  )

       BRENDA G. BENNETT, being duly sworn, deposes and says: I am not a party to this action, am over the age of eighteen, and reside in Bronx County, New York. On the 15th day of June, 2007, I caused to be served, via the Court's ECF system and via first-class mail, a true copy of the foregoing Notice of Appearance upon:

        AUSA Sarah Y. Lai
        United States Attorney's Office
        Southern District of New York
        One St. Andrew's Plaza
        New York, NY 10007

by depositing a true and correct copy thereof in a post-paid securely sealed, properly addressed envelope, in an official depository under the exclusive care and custody of the United States Postal Service within this State.

                                              _____
                                                  BRENDA G. BENNETT

Sworn to before me this
15th day of June, 2007.

_____
        Notary Public

Chaim B. Book
Notary Public, State of New York
No. 02BO5062284
Qualified in New York County
Commission Expires June 24, 2010