UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA,           :    07 Cr. 470 (DLC)
                                    :
         -v-                        :    ORDER
                                    :
GABRIEL DIEBLAS ROMAN,              :
                                    :
              Defendant.            :
                                    :
----------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/07
```

DENISE COTE, District Judge:

As set forth on the record on June 13, 2007, it is hereby

ORDERED that C.J.A. attorney, Mark DeMarco, is relieved as counsel for the defendant and the appearance of David Elden is accepted.

SO ORDERED

Dated:   New York, New York
         June 15, 2007

                                    _____
                                            DENISE COTE
                                    United States District Judge