SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

V.

GABRIEL DIEBLAS ROMAN

Defendant.
-----------------------------------------------------------x

**MEMO ENDORSED**
07 CR 470 (DLC)

Granted.
[signature]
6/15/07

### NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

PLEASE TAKE NOTICE that upon the annexed motion of Ira D. London, local attorney for the defendant Gabriel Dieblas Roman, and the declaration of David A. Elden annexed thereto, the undersigned will move this Court before the Hon. Denise L. Cote, United States District Court Judge, at the United States Courthouse, located at 500 Pearl Street, New York, New York pursuant to the Local Federal Rules of Criminal Procedure for an Order allowing the admission of David A. Elden, a member in good standing of the Bar of the State of California, as attorney *pro hac vice* in this case.

Dated: June 4, 2007
       New York, New York

Respectfully submitted,

[signature]
Ira D. London
Local Attorney for the Defendant
Gabriel Dieblas Roman
245 Fifth Avenue
Suite 1900
New York, New York 10016
(212) 683-8000

U.S. ATTORNEY SECURITY

U.S. ATTORNEY SECURITY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/07