U.S. Department of Justice



United States Attorney
Southern District of New York





The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

**MEMO ENDORSED**

August 21, 2007

BY HAND DELIVERY

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

Re: **United States v. Gabriel Dieblas Roman, 07 Cr. 470 (DLC)**

Dear Judge Cote:

    Pursuant to the Court's instructions at the last status conference on June 13, 2007, the parties jointly propose the following motions schedule for the Court's consideration: Defendant's motion(s) to suppress to be due by September 28, 2007; the Government's response due by October 12, 2007; and Defendant's reply, if any, due by October 19, 2007.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
SARAH Y. LAI
Assistant United States Attorney
(212) 637-1944

cc: David Elden, Esq. (by facsimile)

Granted.
Denise Cote
August 23, 2007