UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                         :
UNITED STATES OF AMERICA       :   **ORDER**
                         :
     -v.-               :   07 Cr. 470 (DLC)
                         :
GABRIEL DIEBLAS ROMAN,        :
                         :
          Defendant,   :
                         :
----------------------------------x

DENISE L. COTE, District Judge:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/07

     WHEREAS, with the defendant's consent, his guilty plea allocution was taken before the Honorable James C. Francis, United States Magistrate Judge for the Southern District of New York, on November 6, 2007;

     WHEREAS, upon review of the transcript of the defendant's allocution on November 6, 2007, this Court has determined that the defendant had entered the guilty plea knowingly and voluntarily and there is a factual basis for the guilty plea;

     IT IS HEREBY ORDERED that the guilty plea is accepted.

DATED: New York, New York
      November _21_ , 2007

SO ORDERED:

HONORABLE DENISE L. COTE
United States District Judge