LAW OFFICES
# DAVID A. ELDEN

TRIDENT CENTER
11377 WEST OLYMPIC BLVD
TENTH FLOOR
LOS ANGELES, CALIFORNIA 90064
TELEPHONE (310) 478-3100
FAX (310) 478-2200
E-MAIL elden@innocent.com

January 24, 2008

Daniel Patrick Moynihan
United States Courthouse
Courtroom: 11B
500 Pearl St., Room 1040
New York, NY 10007

Re:  **United States v. Gabriel Dieblas-Roman, Case No.: 07-470 (DLC)**
     **Request to Continue Sentencing Date**

Dear Judge Cote,

The defendant Gabriel Dieblas-Roman's sentencing is presently scheduled for February 15, 2008 at 2:00 p.m. I am preparing for trial and I need to request additional time to complete the Defendant's sentencing memorandum. I have spoken with Assistant United States Attorney Sarah Lai. She has no objection to continuing the sentencing hearing for approximately thirty (30) days to a date and time convenient to the court and counsel.

The defendant Gabriel Dieblas-Roman is presently incarcerated at the Metropolitan Correctional Center and he is facing a mandatory minimum sentence. He will not be prejudiced by continuing his sentencing hearing.

I respectfully request that this court continue the sentencing hearing to March 21, 2008 at 10:30 a.m. I am requesting the hearing at this time to allow me to catch the 2:30 p.m. American Airlines return flight to Los Angeles.

Respectfully submitted,

LAW OFFICES OF DAVID A. ELDEN

David A. Elden

DAE/ca

cc: Sarah Lai