LAW OFFICES
# DAVID A. ELDEN



FEB 0 5 2008

CHAMBERS OF
DENISE COTE

TRIDENT CENTER
11377 WEST OLYMPIC BLVD
TENTH FLOOR
LOS ANGELES, CALIFORNIA 90064
TELEPHONE (310) 478-3100
FAX (310) 478-2200
E-MAIL  elden@innocent.com

January 24, 2008

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

Daniel Patrick Moynihan
United States Courthouse
Courtroom: 11B
500 Pearl St., Room 1040
New York, NY 10007

    Re:  <u>United States v. Gabriel Dieblas-Roman, Case No.: 07-470 (DLC)</u>
           <u>Request to Continue Sentencing Date</u>

Dear Judge Cote,

    The defendant Gabriel Dieblas-Roman's sentencing is presently scheduled for February 15, 2008 at 2:00 p.m. I am preparing for trial and I need to request additional time to complete the Defendant's sentencing memorandum. I have spoken with Assistant United States Attorney Sarah Lai. She has no objection to continuing the sentencing hearing for approximately thirty (30) days to a date and time convenient to the court and counsel.

    The defendant Gabriel Dieblas-Roman is presently incarcerated at the Metropolitan Correctional Center and he is facing a mandatory minimum sentence. He will not be prejudiced by continuing his sentencing hearing.

    I respectfully request that this court continue the sentencing hearing to March 21, 2008 at 10:30 a.m. I am requesting the hearing at this time to allow me to catch the 2:30 p.m. American Airlines return flight to Los Angeles.

                                        Respectfully submitted,

                                        LAW OFFICES OF DAVID A. ELDEN

                                        /David A. Elden

DAE/ca

cc: Sarah Lai

*Denied. The sentence will proceed on February 15 at 2:00 p.m.*

*/s/ Denise Cote*
*February 5, 2008*