*EXHIBITS*

February 11, 2008

Dear Honorable Judge Cote,

My name is Juan Rodriguez and Gabriel Roman is my Step-father. I am 34 years old and work as a security officer for Hollywood Park Casino in Inglewood, California. I've been doing this occupation for the last ten years. I am currently in process for the Los Angeles County Sheriff's Department. I am currently married and have an eight month old daughter and two step-kids.

I met Gabriel when he started dating my mom when I was about thirteen years old. My dad walked out on my mom about three years prior leaving her with five kids. We all took a liking to Gabriel and soon after he moved in with us. Gabriel always showed respect towards me and my brothers and sisters. He never laid a hand on my mom or us. Gabriel always worked hard and provided for us.

In the beginning he worked at a factory and times were a little hard, but then he saved enough money and bought his first Truck (18 wheeler). Gabriel was always driven to do better for him and his family. Soon after he bought a lunch truck and had his brothers working it. Gabriel was always trying to help everyone.

I remember during my senior year in high school he bought me my first car (Happiest day of my life besides my daughter being born). Things were going great, so we bought a house. His trucking business was doing so good that at one time he owned about seven trucks.

After I graduated high school, Gabriel insisted that I go to college. I went to a Junior college, which Gabriel paid the tuition. After I received my AA degree I transferred to Cal State Long Beach, which Gabriel also paid for. Gabriel then bought a restaurant, which he gave to me to run so I could have some income. The restaurant did well for about two years, but then we had to sell it, due to me not having much time to run it.

After a while the trucking business was not doing so well, so Gabriel had to sell his trucks one by one. In 2000 Gabriel finally lost it all including our house. Gabriel, my mom, my brother and four step-brothers that my mom had with Gabriel, moved in with my sister in Hesperia, California after we lost the house. My brother and I stayed out here in Los Angeles and moved in with a cousin. After a while my brother and I got our own apartment.

Gabriel struggled for a while doing odd jobs here and there until he started driving trucks again. Gabriel then bought my mom a house in Hesperia where they still reside. I don't keep much in contact with my family since they moved to Hesperia, but I try to call every now and then. Now that Gabriel is incarcerated I try to keep more in contact with my mom because she is struggling to pay the bills. Gabriel was the sole provider in the

household and now that he is not there it is hard on my mom, both financially and emotionally. She tells me that my brothers cry asking for their dad. I try to send her money as much as I can along with my other brothers and sisters to help her out. I just hope that she doesn't lose the house again because that would destroy her.

I believe that Gabriel regrets doing what he did, but I beg of you do not separate Gabriel from my mom and brothers. She has been through a lot already and I don't know how much more she can take.

Sincerely yours,

Juan Rodriguez
6345 Seville Ave. #D
Huntington Park, Ca. 90255
(323) 712-1835

Dear Judge Cote.

My name is Juan M. Gutierrez. I own a small family operated construction company along with my father. I also work for a recycle center as a regular job. Gabriel Roman's daughter, Daisy G. Roman and I, live together with *our* daughter Ahmari, Gabriel's granddaughter. So in essence, Gabriel is my father-in-law.

I met Gabriel about 6 years ago when I started dating his daughter Daisy. From what Daisy told me about him, he seemed like an ordinary hard working man. All I knew was that he drove trucks for a living. He and I had a very friendly relationship but I seldom seen him, as his job would always keep him on the road.

The impression I had and still have of Gabriel, is that he is a very hard worker has struggled for what he has accomplished in life. He has always pushed education on his children, including Daisy. She actually went back to school after she gave birth to our daughter, and received her GED/ high school equivalency diploma, to not disappoint her dad. He told her that he never had the opportunity at a decent education in Mexico, and therefore she should take advantage of the educational opportunities she was presented with in this country.

It seems that Gabriel, when present in his children's lives, has had a positive influence on their behavior and education. I believe that a long absence from his family would only hinder their situation, both financially and as a role model and disciplinarian to his kid's. I truly believe he is remorseful and regrets the actions that have caused his absence. I think that he can make a change for the better if given a second chance. From what Daisy tells me about him, it seems out of character for him to be involved in this type of situation. I ask that you please have a bit of compassion on his sentencing, if not for him, for the sake of his families' well being.

Thank you ,
Juan M. Gutierrez.

February 11, 2008

Dear Judge,

I am a twenty five year old hard workingwoman who currently went back to college and is majoring in Administration of Justice woman.  I met Gabriel in 2006, when my cousin invited me to eat with them.  Since the first day I met Gabriel we established a good friendship relationship. Eventually he and my cousin became boyfriends.  He moved in with her and became part of the family.  The impact that has caused to my cousin and her children during all the court proceedings and the time he has spent in custody has been very hard.  I have seen the pain and suffering that my cousin and her children go through. They see Gabriel as a father ever since their biological father abandoned them.  Gabriel would not only financially provide for them but also give them the love and care that her children need from a father.  What I liked about Gabriel is he is a kind, noble and, considerate man.  This children have already been affected by their biological father leaving if Gabriel has a longer separation with them this will affect them in their school but in thinking that every man figure in their life abandoned them.  I know he has learned from his mistake and is remorseful for what he has done. Bringing him out would bring a family back together to establish positive goals in the future.

Sincerely,

Veronica Lopez

Veronica Lopez

VANKIM EXPRESS

17509 SLOVER AVE.

BLOOMINGTON,CA. 92316.

TO: WHO IT MAY CONSERND.                          2-08-08

MR. GABRIEL ROMAN I KNOW HIM FOR ABOUT 7 YEARS. HE WORKED
FOR MY COMPANY AS A TRUCK DRIVER AND HE WAS A HART WORKER
RESPONSIBLE ON ALL APPOIMENTS. HE HELPED ANOTHER DRIVERS
WHEN THEY ASK FOR A FEVOR AND HE IS A SOCIAL PERSON WITH
EVERY BODY THEY KNOW HE NEVER HAS PROBLEMS WITH NO BODY.

ATTE: _Alfacino Ganci_

Dear Honorable Judge Denise L. Cote,

      I am a fifty-year-old woman grandmother of three and mother of two. My relationship with Gabriel is he is my daughter's boyfriend. I met Gabriel in 2006 when my daughter presented him to me as her boyfriend. He than moved in with us and we became one big happy family. Gabriel was always there when we needed him. One time I needed to go to the hospital because I have diabetes and Gabriel was there to take me. In the time he lived with us for me he was a noble, respectful and very reserved person. I never seen anything negative about him as far as we never seen anything that would have endanger the life of me my daughter or my grandchildren. I never saw him drink or do drugs. My grandchildren love him and missed him very much because they see him as a father. It has affected me too because I see the pain and suffering that my daughter and my grandchildren go through. He helped a lot in the house providing not only economically but also with moral support. Bringing Gabriel out from prison would bring a family back together.

                         Respectfully,
                         Eva Rodriguez

Febuary, 11 2008

Honorable Judge Denise, Cote

My name is Brenda, Sandoval I am 28 yrs. And my occupation is receptionist for Dimetri Gardikas Prod my relation to Mr. roman is we were both living together he is a very mature person he is very responsible man in any way he is over protected with my children's that's what I really like a lot from him he takes good care of my kids what ever they need he's always there for them if my kids want to go to the park he takes them if they need something from the store he go and gets it for them another wonderful thing about Mr. Gabriel he would always wake up at 7:00 am and had breakfast ready for my kids and my self with my mother too my mom has diabetes and she will get really sick and he would take my mom, to the hospital Gabriel helped my uncle on how to drive trucks if anyone needs a favor from roman I know if he could do it he will help I met roman at a restaurant in the city of paramount called mi lindo sinaloa I love him so much that I know I wont find no one like him and what I mean is that he don't like drinking he don't like parties he doesn't like to hang out with the crowd he is an home person just wants to be home and watching soccer his favorite sport those were are arguments all the time I wanted to go out to party he didn't and that my kids miss him a lot and they want him to come back home soon

**English Translation of Attached Spanish Letter**

Honorable Denise L. Cote
United States District Judge
500 Pearl Street
New York, New York 10007

My name is Jesus Mascareno Lopez and I am the commissioner of the communal farm land in
Buena Vista and I am also a communal farm member. I am not related to him [Gabriel Roman]
but I am only a friend and I have known him since he was born. The extent to which I knew him
was as a peasant since his family had scarce resources. He dedicated himself to cattle farming.
All of his life he has always helped his family and friends from the ranch. Gabriel has always
been a peaceful man and I want to help him because he has always helped out people from the
farm. His arrest has affected his family deeply. I think that he is repentant because of his arrest.
His arrest will affect his family in many ways because they depend on him. I believe that his
case deserves compassion and mercy because he is an honest and hardworking man.

Attentively,

Jesus Mascareno Lopez

Honorable Denise L. Cote United
District Judge 500 Pearl Street
New York, New York 10007

Jesus Mascareño López.
Comisario municipal del ejido de Buenavista
y ejidatario del mismo, casado.

Ningun parentesco con èl solamente un
amigo Lo conosco desde que nació

Yo en la capacidad que lo conocì fue
de campesino, ya que su familia era
de escasos recursos.
ultimamente se dedicaba a la cria de ganad
El ha sido buena gente toda su vida
el siempre ayudaba a su familia y a sus
amigos del rancho. Gabriel siempre ha
sido un hombre pacifico. Yo lo quiero ayudar
por que èl siempre a brindado ayuda a la gente
del rancho siempre que a podido. Su arresto
causo mucho impacto en la familia creo que
el esta muy arrepentido por su arresto. Su
arresto afectaria en muchos aspectos por que
su familia depende de èl. Creo q su caso
merese compación y clemencia por que es un hombre
correcto y trabajador.
               atentamente.
       Buenavista sin 11 de febrero del 2008

                    Jesus Mascareño Lópe.

**English Translation of Attached Spanish Letter**

Honorable Judge Denise L. Cote
United States District Judge
500 Pearl Street
New York, New York 10007

My name is Marcos Sandoval, I am married and I work as a farm laborer. I would like to express my sincerest wishes and ask that you see that Gabriel Roman is a very loved person by all of our neighbors in Buena Vista, Sinaloa, Mexico. I was Gabriel Roman's neighbor throughout his life. I can tell you that he is an honest person whose family depends on him. His family has been affected because of this serious problem. He is an honest and hardworking person and he is a great person. Honorable Judge Cote, I would like ask that you please forgive him.

Attentively,

Marcos Sandoval

Honorable Denize L. Cote.
United States District Judge
500 Pearl Street New York
New York 10007

Por medio de la presente me dirigo
a usted expresandole mis sinceros deseos
y pedirle que vea por el señor Gabriel
Roman que es una persona muy querida
por todos nosotros vecinos de Buenavista Sinaloa
Mexico. Yo Marcos Sandoval casado y de ocupacion
Jornalero vecino del Sr. Gabriel Roman de
toda la vida
Le puedo decir que es una persona honesta
y que el depende su familia la cual esta
muy afectada por este problema tan grave
estan involucrando decirle que el Sr.
es honesto trabajador y muy buena persona
sin mas me despido de usted honorable juez
Cote y le pido lo pendone

                    Atentamente

                    Marcos Sandoval

**English Translation of Attached Spanish Letter**

Honorable Judge [Denise L. Cote],

My name is Maria Valenzuela and I am Gabriel Roman's sister-in-law. In my opinion Gabriel is a good person.. I have known him for eight years and he is very hardworking. The most important thing for him is his family because he is always concerned about them. Whenever someone needs him like a friend ,if he can help that person in whatever way he can [then he will].

His mother depends on him because she is ill and he pays for her healthcare so that she can get better. His children miss him because he would dedicate his time to them when he was not working. Whenever I needed his help he would never refuse [to help]. He was always willing to help someone like when a brother of his needed money [to borrow] he [Gabriel Roman] would give it to him. We all knew that we could count on him that is why we want him out [of jail] so that he can be with all of his family and especially with his children who desperately need him.

Nana Valenzuela

Señor Juez Soy Cuñada de gabriel
Roman Para mi gabriel es una persona
mu buena yo tengo 8 Años conosiendolo
el es muy trabadador y Para el lomas
inPortante es suesposa y sus hidos
simPre esta el Pendiente de Edos y
de Toda su familia de sumama de
sus hermanos y cuando alguna Pasona
lo ocupa como un Amigo siel loPuede
aydar el congusto loAdda en b que el
Pueda Tanbien sumama dePende deel
Porque Eda esta enferma lePaga unsegro
Para queta secure nunca se desatiende de
Eda su hido loatrañan muncho porque el
dos debcriba eltiempo cundo el notra bdsaa
el tiempo era Para edos cuando tanbron
loCuPaba nuncha medesia que ho todo
el tiempo estaba disPuesto aydarlo
auno cuando un armanodcol bable ba
que nesesitaba algo el Luego lePnis dinoro
Poquito Pero lo Ayudaba todos Contabamos
conel Pir eso todos deseamos
que el sanga Luego Para que ya
este contodo su familia y
sobre todo de sus hidos que loñe
sesiten muncho

**English Translation of Attached Spanish Letter**

This letter is addressed to the Honorable Judge [Denise L. Cote].

My name is Dionicio Roman and I am Gabriel Roman's cousin. I have known him since we were children. I know him to be a good person and I know that he is a hardworking man. I believe that he deserves compassion and mercy because he has young children to look after. To me Gabriel is a kind person who is considerate of others.

He personally helped me pay my rent when I needed the money. He used to loan me my car when I did not have one. I am certain that Gabriel is repentant because of his mistake. I think that he has positive goals for him and his family. Honorable Judge, I hope to God that you take into consideration [this case] and that you forgive my cousin Gabriel Roman.

Dionicio Roman

2/08/08

Carta dirigida al honorable Jues
my nombre es Dionicio Roman
yo soy Primo de GABRIEL ROMAN
y lo conosco desde que eramos
chicos Por lo tanto llo lo conosco
muy bieny se que el es un buen
hombre trabajador y Responsable
buen Padre y Por lo tanto yo
creo que el mereçe compacion y
clemencia y tambien Porque el tiene
hijos chiquitos Para my GABRIEL
es una Persona muy bondadosa y
conciderada con los demas amy
en lo Personal Me alludaba a Paga
la Renta cuando llo necextaba y
me Prestaba su carro cuando yo
no tenia Yo estoy seguro que GABRIEL
esta arePentido de su error y Pienso
que el tiene metas Positivas
Para el y su familia señor Jues
esPero en dios que usted tenga
consideracion y lastima con mi
Primo GABRIEL Roman Puess
se lo meresse

DIONICIO ROMAN

**English Translation of Attached Spanished Letter**

2-10-2008

My name is Maria Arellano and I am the wife of Gabriel Roman the man of my life. I met him in 1984 and during that time I had five children from my first marriage. He helped me with my children. During this time he worked at a wood factory. Three years before I met him [Gabriel Roman] I was receiving help from the county for my five children but after I met him I stopped receiving it [social services] because he and I worked. I worked in a factory where I packed clothes in Rancho Dominguez and he worked as a truck driver.

My children Juan Rodriguez, Ana Rodriguez, Lilia Rodriguez, Raul Rodriguez, Carlos Rodriguez are children from my first husband. When I first got with him [Gabriel Roman] Carlos was ten months old, Raul was four years old, Lilia was six years old, Ana was eight, and Juan was ten years old. Gabriel helped me raise my children and to help them get ahead. He was single when we first met. In 1986 our first daughter Daisy [Roman] was born, then Irvin Gabriel Roman was born in 1992, then Kevin Roman in 1993 and then Leslie Roman was born. Daisy Roman was married in 2002 and she has a daughter who is four years old. Gabriel Roman is a hero to all of his family and friends.

Maria L. Arellano

Maria J. Arellano

2-10-08

yo maria Luisa aRellano Soy la espos
de Gabriel Roman el hombre de mi Vida
yo lo Conoci en 1984 en ese tiempo
yo tenia 5 hijos de mi primer matrimoni
el me alludo con ellos el travajava
en una Fabrica donde travajamos la ma
dera y yo agarre la alluda del Condado
para mis 5 hijos 3 años antes de que
lo Conociera a el espues que lo Conoci la
deje porque el y yo travajavamos
yo en una Fabrica epacando ropa en
Rancho domingues y el de traguero pero
en año 1988 aRReglamos la Residencia, y mis
hijos nacieron en los angeles Juan Rodrigu
en Mexico, ana Rodrigues Lilia Rodrigues Raul Rodriguez
Carlos Rodrigues Son de mi primera pareja
y el Cuando me Junte Con el, Carlos
tenia 10 meses Raul, 4 años Lilia 6
ana 8 - Juan 10 años y Gabriel me
alludo a protejenlos y Sacarlos adelante
el estava Soltero Cuando nos Conocimos
al año 1986 nacio la primera hija mia y
de Gabriel Daisy Roman. 1919 nacio
Irvin Gabriel Roman 1992 nacio Kevin
Roman 1993 Leslye Roman, Daisy Roman
se caso en 02 tiene una hija de 4 años
Gabriel Roman es un heroe para todos Familia y
amigos

**English Translation of Attached Spanish Letter**

Honorable Denise L. Cote
United States District Judge
500 Pearl Street
New York, New York 10007

My name is Jose Valentin Armenta Sandoval and I work as a farm laborer

With all due repect through this letter I would like to let you know my impressions of Mr.
Gabriel Roman. To me he is a great person, a good friend, and a responsible member of his
family and he is a hard worker. I have known him since he was a young boy. In our community
there are no complaints about him. He does not have a criminal history. He has always been a
likeable person. He has always gotten together with other people from this region. I ask that you
please give him a chance. I hope that everything goes well for him and as a resident of Buena
Vista I hope for your understanding.

Honorable Denise L. Cote
United States District Judge
500 pearl Street
New York, New York 10007

Con Todo respeto por medio de esta carta
hago saber el consepto que tengo
del Sr. Gabriel Román. Para mi,
es una buena persona, un buen amigo,
responsable de su Familia, trabajador,
lo conosco desde que era un niño.
En esta Comunidad no ahi queja de el,
no tiene antecedentes penales,
Siempre a sido muy tratable.
Siempre a comivido con todas las
Personas de esta region.
Yo les pido de Favor le den una
Oportunidad. Deceo que todo sea
Favorable para el.
Le solicita su comprención,
un Ciudadano pertenesiente
al ejido Buenavista Sinaloa Mexico

mi nombre es: José Valentin
Armenta Sandoval
Ocupación: Jornalero
Estado Civil: Casado

**English Translation of Attached Spanish Letter**

Honorable Denise L. Cote
United States District Judge
500 Pearl Street
New York, New York 10007

Buena Vista, Sinaloa on February 11, 2008.

My name is Reynalda Meza Ibarra and I was born in Buena Vista, Sinaloa. I am a retired teacher who taught in Buena Vista for twenty-seven years. I am a widow and I participate in the community through the Catholic Church and in cultural and social events. I have known Gabriel Roman ever since he was very young even though I am not related to him. He was born to a very humble but hardworking family. He used to help his family in farming and with the livestock. He is a responsible family man. I can say these things about him because of his good behavior with his family and society. I never saw him involved in any types of problems.

When he was arrested it surprised me and I believe that his case should be looked at carefully and that he should not be judged without taking into account how it [his time in prison] will greatly affect his family.

Attentively,

Reynalda Meza Ibarra

Honorable Denise L. Corte
United States District Judge
500 Pearl Street
New York, New York 10007

Yo Reynalda Meza Larra nacida y
reada en Buenavista, Sinaloa
Maestra Jubilada que presté mis servi-
cios en éste lugar durante 27 años
soltera o viuda, participo todavía en
acción Cotolica y en ebentos Culturales y
Sociales.
desde muy pequeño Conozco a Gabriel Román
yó me une ningún parentesco o conexión
Con Gabriel. lo conosi nacido de una
familia muy humilde. pero, muy trabajadora
de su historia de família agricultor y
pecuario y ganadera en pequeña escala
buen padre de família y responsable de
su família. me expreso de ésta manera por
su Conducta entre su familia y con la
Sociedad. nunca lo vé involucrado en
algún problema.
de su arresto para mí es una Sorpresa Creo
de su arresto para su familia y la Sociedad
también será. para su familia y la Sociedad
que su caso sea estudiado a fondo y no
se le Juzgue, y tomar en cuenta su Conducta
a su família le afectaría enormemente
                                  Atte:
        María López M.

Se lo digo honestamente

respetuosamente

Buenavista, Sin., 11 de Feb. 2008

attamente

Reynalda meza Ibarra

**English Translation of Attached Spanish Letter**

Honorable Denise L. Cote
United States District Judge
500 Pearl Street,
New York, New York 10007

My name is Maria Lopez M. and I am a native of Buena Vista, Sinaloa, [Mexico] and I am a housewife. Gabriel Roman and I have known each other since we were children. I can tell you that he is honest, friendly, and he always likes to work hard. He has worked hard to get his family ahead. Unfortunately this time he made a mistake but he is not the only one because we all make mistakes. I can tell you that he is repentant for the mistake he made.

His family has been really affected by what has happened. He is not a person who likes to cause problems but on the contrary he always likes to be on good terms with others. To be honest I would not like to have him away from us for a long time. I ask you with all my heart that you have compassion and mercy on Gabriel Roman. We all deserve another chance and we all deserve to be forgiven.

I am grateful for your attention Honorable Judge Denise L. Cote

Attentively,

Maria Lopez M.

Honorable Denise L. Cote -------- 500 Pearl Street.
United states Districte Judge
New York, New York 10007 --------

Maria López M. Originaria de Buenavista
Sinaloa, Ejidataria, casada y ama de casa.
Gabriel Román y yo nos conosemos desde niños,
y le puedo decir que él es honrrado, amistoso
y siempre le a gustado trabajar. Él a luchado
mucho para sacar adelante a su familia,
lamentablemente esta vez se equivoco, pero él
no es el unico nosotros tambien nos equivocamos
una, dos o mas veces. Pero de cada error que
cometemos aprendemos de ellos y tengo por
seguro que él se encuentra arrepentido por
la falta que cometió.

Su familia se encuentra muy afectada por
lo sucedido, pues el No es una persona de
problemas al contrario siempre le ah gustado
estar bien con la gente que lo rodea, y la
verdad no me gustaria que lo alejaran
largo tiempo de todos nosotros. Le pido
a usted de corazón que le tenga compación
y clemencia a Gabriel Román.
todos merecemos una nueva oportunidad
y tambien merecemos EL PERDÓN

Le agradesco su Atención Honorable
Juez. Denise L. Cote.
                    Atte:
          Maria López M. --------

## **English Translation of Attached Spanish Letter**

To whom it may concern:

My name is Francisca Lopez Soto andI am from Buena Vista, Sinaloa [Mexico], I am forty-five years old and I am a housewife.  I would like to give my impressions of Gabriel Roman who I met at the Ninos Heroes Elementary School which is in Buena Vista, [Mexico].  He displayed impeccable behavior in his youth.  He is a helpful and kind person.  He always tends to his friends needs.  I believe that he deserves another chance.  No one [from Buena Vista] has any complaints against him.

DE : DULCERIA DANNY          NO. DE FAX : 6878750154          11 FEB. 2008 02:04PM P4

A quien Corresponda

me dirijo con toda respeto para
dar mi opinion a cerca del señor
Gabriel Román a quien conosi
en la escuela primaria niños Heroes
pertenesiente al ejido Buenavista
donde somos brijinarios, donde tuvo
una buena conducta, despues fue
un joven intachable es una buena
persona muy servicial, siempre le
tiende la mano al amigo,
creo que merese una oportunidad.
Todos los vecinos estamos con
él, ninguna persona aqui tiene
queja de él.

yo soy originaria del ejido
Buenavista sinaloa. mi edad 45 años
ocupación: ama de casa
estado civil: casada.
mi nombre: Francisca López Soto

**English Translation of Attached Spanish Letter**

Honorable Denise L. Cote
United States District Judge
500 Pearl Street
New York, New York 10007

My name is Maria Agustina Nieblas and I am a native resident of Buena Vista, [Sinaloa, Mexico]. I am Gabriel Roman's mother and I can tell you that he is an honest and kind person. Due to his character he has always been a good person and he likes to help other people around him. I am an elder women who is ill. My grandson Marisol Roman is writing down what I am saying on this piece of paper. I ask you in the most attentive manner Honorable Denise L. Cote that you have compassion and mercy on my son.

I know that he is repentant because of what has happened. We all make mistakes but we can also learn from them. Due to my age and illness it would be a tragedy for me and his wife and children to be separated [from Gabriel Roman] for such a long period of time. He is a man with positive goals for his future. All of this that is happening to him is an unpleasant experience who with the help of all of us [his family] he will get through this. For this reason I ask for mercy and compassion on my son. I have lots of faith in God that he will give [Gabriel Roman] another chance. He is remorseful for the mistake he made and he has learned from it.

I am grateful for your attention [to this letter.]

Honorable Denise L. Cote
United States District Judge          500 Pearl Street.
New York, New York 10007

Maria Agustina Nieblas. Originaria del Egido de
Buenavista Sinaloa.
Yo siendo la mama de Gabriel Roman le puedo
decir que él es una persona honesta y bondadosa;
por su caracter siempre a estado bien y le gusta
ayudar a la gente que lo rodea.
Yo una mujer mayor y enferma que con la ayuda
de mi nieta Marisol Roman que esta redactando
esta hoja, le suplico, le ruego a usted Honorable
Denise L. Cote de la manera mas atenta que le
tenga compacion y clemencia a mi hijo. que yo se
que él esta arrepentido por lo sucedido. como usted
yo y todas Sabemos que cometemos errores y nos
arrepentimos. pero tambien aprendemos de ellos.
Por mi edad y enfermedad seria una tragedia tanto
como para mi. esposa e hijos de sea separado largo
tiempo. El es un muchacho. con metas positivas para
el futuro. esto que le esta pasando solo es una
amarga experiencia que con la ayuda de todos
nosotros va a superar. Por éstas razones nuevamete
le suplico compacion y clemencia por mi hijo.
tengo mucha Fé en usted r dios. que le van
a dar una nueva oportunidad por la falta
que cometio. se arrepintio y aprendio.
Me despido Agradecida por su Atencion

Dear Judge Cote.

This letter is concerning Gabriel Roman Dieblas. My name is Daisy Gabriela Roman, Gabriel is my dad.

Ever since I can remember my dad has always been an honest, generous, kind, loving, respectful father. Growing up he would give us advice, teaching us right from wrong, and teaching us values. But now that he's been gone my brothers and sister have discarded everything he has thought them.

My dad was also the provider for the family, now my mom can't even do that. Living in a small town like Hesperia it's very hard to find a job. It's hard enough for myself, that im young and has a GED, I can't imagine how hard it is for her. There's been times she can't afford to pay all the bills, so she's left with the choice of having to pay either one bill or the other.

Your honor I have supressed my feelings about the situation because I feel there's nothing I can do to help my dad. I have a daughter of my own her name is Ahmari Gutierrez she is four years old. My dad adored her would do anything for her now she doesn't remember him. I can't even look at pictures of my dad without breaking down. I am now trying to hold my tears back; this is very painful for me. Having my father be around for every event in my life and to now have him is around no longer is very difficult. I haven't expressed my feelings about my dad being away. So please your honor please let my family have the missing piece of their heart back, and please don't let my daughter grow up without her grandad or my brothers and sister grow up without their dad.

Thank you Judge Cote. I really appreciate you taking time to read this. I know your time is valuable.

Thank you,
Daisy G. Roman

1

**PROOF OF SERVICE**

2    STATE OF CALIFORNIA        )
                                )    ss.
3    COUNTY OF LOS ANGELES      )

4        I, CLARENA ARBELAEZ, declare:

5        I am employed in the County of Los Angeles, State of California.

6    I am over the age of 18 years of age and not a party to the within

7    action; my business address is 11377 W. Olympic Blvd., 10th Floor, Los

8    Angeles, California 90064.

9        On February 13, 2008 I caused the foregoing document described

10   as:

11

12           **DEFENDANT'S SENTENCING MEMORANDUM, WITH EXHIBITS**

13

14   to be served upon the interested parties in this action:

15           Sarah Y. Lai
             Assistant United States Attorney
16           United States Attorney's Office
             One St. Andrew's Plaza
17           New York, NY 10007
             Via Email: sarah.lai@usdoj.gov
18
             Diane C. Moczydlowski
19           United States Probation Officer
             United States Probation Office
20           500 Pearl Street
             New York, NY 10007
21           Via Facsimile (212) 805-0047

22       I declare under penalty of perjury that the foregoing is true and

23   correct.  Executed this 13th day of February, 2008, at Los Angeles,

24   California.

25

26                                           /s/
                                       CLARA ARBELAEZ
27

28