USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :

UNITED STATES OF AMERICA
                                    :

      -v.-                      ORDER OF FORFEITURE
                                    :

GABRIEL DIEBLAS ROMAN,       07 Cr. 470 (DLC)
                                    :
         Defendant.
                                      :
- - - - - - - - - - - - - - - - - -x

        WHEREAS, on or about May 22, 2007, GABRIEL DIEBLAS ROMAN, (the "defendant"), was charged in Indictment 07 Cr. 470 (DLC) (the "Indictment") with conspiring to distribute, and possess with intent to distribute, five kilograms and more of cocaine, in violation of 21 U.S.C. § 846 (Count One), and conspiring to launder the proceeds of narcotics trafficking, in violation of 18 U.S.C. § 1956(h) (Count Two);

        WHEREAS, the Indictment included a forfeiture allegation seeking, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of the offense in Count One of the Indictment, for which the members of the conspiracy are jointly and severally liable;

        WHEREAS, on or about November 6, 2007, the defendant pled guilty to Count One of the Indictment;

        WHEREAS, pursuant to a plea agreement, the defendant admits the forfeiture allegation with respect to Count One of the

1

Indictment up to an amount of $4,500,000 and agreed not to contest the forfeiture to the United States of, among other things, all of his right, title and interest to approximately $3,087,432 in United States currency recovered from a tractor trailer truck at an agricultural checkpoint in California on October 7, 2006, which had been previously forfeited administratively;

    WHEREAS, on or about February 15, 2008, the defendant was sentenced, <u>inter alia</u>, to a forfeiture money judgment in the amount of $4,500,000 in United States Currency, representing the amount of proceeds obtained as a result of the offense charged in Count One of the Indictment; and

    NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

    1.    As a result of the offense in Count One of the Indictment, to which GABRIEL DIEBLAS ROMAN entered a plea of guilty, a money judgment in the amount of $4,500,000 shall be entered against the defendant (the "Money Judgment").

    2.    The approximately $3,087,432 in United States currency recovered from a tractor trailer truck at an agricultural checkpoint in California on October 7, 2006, shall be credited to the Money Judgment, leaving a balance of $1,412,568 to be paid on the Money Judgment.

    3.    Pursuant to Rule 32.2(b)(3) of the Federal Rules

of Criminal Procedure, this Order of Forfeiture shall be final as to the defendant, GABRIEL DIEBLAS ROMAN, and shall be made part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

4. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of the property, including depositions, interrogatories, requests for production of documents and to issue subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

5. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service," and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrews Plaza, New York, New York 10007.

6. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

7. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States

Attorney Sharon Cohen Levin, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
       February 15, 2008

SO ORDERED:

_____
HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE