Local Criminal Notice of Appeal Form.

# NOTICE OF APPEAL
United States District Court

Southern District of NY

United States v.

GABRIEL DIEBLAS ROMAN

Docket No.: 07 CR 00470-01(DLC)

Denise Cote, USDJ
(District Court Judge)

Notice is hereby given that GABRIEL ROMAN appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [ ] _____ (specify)

entered in this action on Feb 20, 2008
(date)

Offense occurred after November 1, 1987    Yes [X]    No [ ]

This appeal concerns: Conviction only [ ]    Sentence only [ ]    Conviction and Sentence [X]

FILED U.S. DC
FEB 22 2008
S.D. OF N.Y.

Date Feb 21, 2008

TO
SARA LAF, ESQ.
Office of U.S. Attorney SDNY
1 St. Andrews Plaza
NY, NY 10007

Susan J. Walsh for
(Counsel for Appellant)
Address DAVID A. ELDEN, ESQ
c/o 1372 Broadway 1402
NY, NY 10018

Telephone Number: 212-221-7999

ADD ADDITIONAL PAGE (IF NECESSARY)

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ► QUESTIONNAIRE | ► TRANSCRIPT ORDER | ► DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ ] I am ordering a transcript<br>[X] I am not ordering a transcript<br>Reason<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[X] Other. Attach explanation client pro se | Prepare transcript of<br>[ ] Prepare proceedings<br>[ ] Trial<br>[ ] Sentencing<br>[ ] Post-trial proceedings | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment   [ ] Funds [ ]    CJA Form 24 [ ]

ATTORNEY'S SIGNATURE _____    DATE 2/20/08

► COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____ (Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05